AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**

Oct 30, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Alvaro Adrian LAGOS Mieres<br>Humberto Anibal JIMENEZ Moreno | )<br>) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Case No.  1:24-mj-00125-EPG

## CRIMINAL COMPLAINT BY RELIABLE ELECTRONIC OR TELEPHONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 1, 2024 - October 30, 2024   in the county of   Fresno and others   in the
Eastern   District of   California   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 371 | Conspiracy to Commit Bank Robbery<br>  Maximum Penalty: 5 years imprisonment<br>  $250,000 fine, 3 years supervised release, $100 special assessment |
| 18 USC 2113(a) | Bank Robbery<br>  Maximum Penalty: 20 years imprisonment<br>  $250,000 fine, 3 years supervised release, $100 special assessment |

This criminal complaint is based on these facts:

See attached affidavit of SA Blevins.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nathan Blevins, FBI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by telephone

Date:  **Oct 30, 2024**
_____
*Judge's signature*

City and state:   Fresno, California

Hon. Erica P. Grosjean, US Magistrate Judge
_____
*Printed name and title*

PHILLIP A. TALBERT
United States Attorney
ROBERT VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT IN SUPPORT OF COMPLAINT |
| v. | **FILED UNDER SEAL** |
| (1)   ALVARO ADRIAN LAGOS MIERES<br>(2)   HUMBERTO ANIBAL JIMENEZ MORENO | |
| Defendants. | |

## TABLE OF CONTENTS

I.    INTRODUCTION AND AGENT BACKGROUND ....................................................................2

    A.    Purpose of Affidavit ....................................................................2

    B.    Agent Experience ....................................................................3

II.   SUMMARY OF PROBABLE CAUSE ....................................................................5

III.  DEFENDANTS ....................................................................8

IV.   PROBABLE CAUSE ....................................................................9

    A.    Background of Investigation ....................................................................9

    B.    September 2024 bank/ATM larceny incidents and identification of several vehicles including a Chevrolet Suburban. ....................................................................11

    C.    September 26, 2024, traffic stop on silver Chevrolet Suburban, bearing CA license plate: 9HCH781 leads to identification of MOYANO. ....................................................................18

D.   Identification of CELIS and renting of Turlock and Mount Shasta Airbnbs as staging locations for robberies. ...........................................................................25

E.   Car location data leads the investigative team to an Oregon Airbnb, where investigators found mass of robbery tools and construction disguises. ...........................31

F.   Investigators encounter suspects at the Seattle Airbnb and find cash as well as additional clothing used in the robberies. ...............................................................34

G.   Phone pings from a cell phone associated with this SATG led investigators to an Airbnb in Baring, WA being used by the SATG ...............................................35

H.   Surveillance and Search Warrant of the Baring, WA Airbnb..............................37

I.   Probable cause for the arrest of LAGOS ...........................................................39

J.   Probable cause for the arrest of JIMENEZ .........................................................43

V.   CONCLUSION............................................................................................................45

I, Nathan Blevins, being first duly sworn under oath, depose and say:

## I.      INTRODUCTION AND AGENT BACKGROUND

### A.      Purpose of Affidavit

1.      This warrant seeks the arrest of the target subjects for two violations:

a)      18 U.S.C. § 371, Conspiracy to Commit Bank Robbery and Incidental Crimes, in that between May 1, 2024, and the present, the defendants agreed to commit violations of 18 U.S.C. § 2113(a), (b) and (c), and that one or more members of the conspiracy performed one or more overt acts after May 1, 2024, in furtherance of that conspiracy, including entering into a building used in whole or in part as a bank by Wells Fargo in Modesto, CA on September 18, 2024, a bank, for the purpose of committing a larceny.

b)      18 U.S.C. § 2113(a), Bank Robbery, in that on September 18, 2024, the defendants entered or attempted to enter any bank, credit union, or any savings and loan association, or any building used in whole or in part as a bank, credit union, or as a savings and loan association, with intent to commit in such bank, credit union, or in such savings and loan association, or building, or part thereof, so used, any felony affecting such bank, credit union, or such savings and loan association and in violation of any statute of the United States, or any larceny, specifically a Wells Fargo in Modesto, CA, a bank, for the purpose of committing a larceny, or

aided and abet or conspired to commit the same.

2.     The target subjects are: **Alvaro Adrian LAGOS Mieres (LAGOS)** and **Humberto Anibal JIMENEZ Moreno (JIMENEZ)**, , hereinafter referred to as the **TARGET SUBJECTS**.

**B.     <u>Agent Experience</u>**

2.     I am a "Federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure, that is, a federal law enforcement agent engaged in enforcing criminal laws and authorized to request a search warrant.

3.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since January 2019.  I have successfully completed the 20-week FBI Basic Field Training Course in Quantico, Virginia.  During my time at the FBI Academy, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant and complaint affidavits, and probable cause.  Additionally, I received forty hours of Cyber-Crime training, which included training on cellular devices.  I have also attended multiple trainings and conferences specific to investigating gangs and narcotics trafficking organizations.

4.     I possess a Bachelor of Science degree in Law Enforcement from Metropolitan State University.  Prior to my career with the FBI, I served in the United States Marine Corps as a Military Police Officer and Accident Investigator.  I was also the owner/operator of a private investigation firm that specialized in surveillance and investigations of insurance fraud for 15 years.  Throughout my career, I have attended trainings and worked with various law enforcement agencies to investigate and successfully close a variety of cases.

5.     I am currently assigned to the Federal Bureau of Investigation (FBI) Sacramento Division – Fresno Resident Agency, as a member of the Violent Crime Squad and the Safe Streets Task Force.  In that capacity, I investigate violations of the United States Code as defined in Title 18 and Title 21, United States Code, and Title 28, of the Federal Code of Regulations. I have personally investigated

and/or assisted other agents and officers in their investigations involving violations of Title 18, United States Code § 2113, bank robbery and incidental crimes.

6.      I have also become familiar with the way bank robbery crews use telephones, often cellular phones, to conduct their illegal operations. Specifically, I know that bank robbery crews use cellular phones to facilitate their criminal activities. In my experience conducting bank robbery investigations, I have found phones to be used for verbal conversations, text messaging, or other instant messaging to conduct bank robbery activities. Through my training, experience, and interaction with other experienced special agents, task force officers, and other bank robbery investigators, I have become familiar with the methods deployed by bank robbery crews to plan and carryout bank robberies, and to communicate with other participants of the crew to accomplish such objectives.

7.      I have personally participated in the investigation set forth below.  I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other agents of the FBI and other law enforcement officers; and from my review of records, reports, and surveillance videos relating to the investigation.

8.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed.  Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated. Because this Affidavit is being submitted for the limited purpose of securing complaints for the named subjects, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe establish probable cause that evidence of the violations further described above in paragraph 1 have been committed.

## II.      <u>SUMMARY OF PROBABLE CAUSE</u>

9.       Between May 2024 and the present, individuals entered buildings containing bank automated teller machines (ATMs) up and down the Eastern District of California, as well as in other districts, by breaking into the rooms behind the public-facing wall-mounted ATMs, disabling security systems, and then using tools to break into the vault of the ATMs themselves to take currency, all in violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Robbery and Incidental Crimes in violation of 18 U.S.C. §  2113(a), (b) and (c).

10.      In September 2024, agents reviewed surveillance footage from the areas of several of the robberies and identified suspect cars used in the robberies. Law enforcement found and stopped one of those cars—a Chevrolet Suburban—and though the driver was not one of the targets of this investigation, agents learned the car was a stolen vehicle associated with an underground car rental network and that the car had been rented to Alex MOYANO on September 18, 2024, when a Wells Fargo ATM was robbed at 2401 E. Orangeburg Ave, Modesto, CA.

11.      The Suburban had an apple air tag device inside and its tracking information showed that when it was rented to MOYANO, it was present at an Airbnb rental in Turlock, CA during the time of the Modesto ATM robbery.  Investigators then learned that Maite CELIS was the renter of the Airbnb and had rented other Airbnbs around the same time that coincided with the timing and location of several other ATM burglaries, or burglary attempts.

12.      The investigative team reviewed video footage from two of the Airbnbs that CELIS rented in late September 2024, including the Turlock Airbnb and an Airbnb in Mount Shasta, CA. Agents observed individuals moving into and out of the Airbnbs with hardcase toolboxes, tool bags, and backpacks (some of which matched equipment seen at several of the robberies).  Agents also compared and matched the footage of several individuals staying at the Airbnbs to video footage captured from surveillance video obtained from several ATM burglary locations.

13.      Based on that review, in addition to MOYANO, CELIS, and other identified and unidentified members of the SATG, investigators identified **LAGOS** and **JIMENEZ** present at both Airbnbs during the time while numerous tool bags and large tool cases were being moved in and out of the houses. Those tool bags and cases were similar to those left behind at the locations of prior

bank/ATM burglaries and seized during an October 19, 2024, search warrant of an Airbnb occupied by members of this SATG, where they were found to contain hundreds of pounds of burglary tools and disguises. A white Audi that was present at one of the CELIS-rented Airbnbs was also identified and a warrant was written for location information for that car.

14.     Shortly after the bank/ATM larcenies that this crew committed at the Tri Counties Bank in Fall River Mills, CA near the end of September 2024, some of the vehicles known to be connected to this SATG (through review of surveillance videos obtained from various larcenies and associated ATM rentals) were captured on LPRs throughout Oregon. The investigative team learned that there were at least two additional bank/ATM larcenies committed in Oregon during that same timeframe that matched the modus operandi of numerous prior larcenies committed by this SATG.

15.     In mid-October 2024, the location information from that white Audi led the investigative team to an Airbnb in Oregon.  That Airbnb was rented from October 16, 2024, to October 22, 2024. Three cars tied to this group through surveillance footage were present at the Airbnb, including the white Audi and a silver Ford Fiesta that had been seen at both the Turlock and Mount Shasta Airbnbs along with **LAGOS** and **JIMENEZ**. In addition, Pablo VALDEZ, Rosa BASTIAS, Camilo SEPULVEDA, Bassil DACOSTA, and Camilo ALARCON, who have all been all identified as part of this SATG and were arrested on October 19, 2024, for violations of 18 U.S.C. § 2113(a), (b) and (c), were previously seen at one or both Turlock and Mount Shasta Airbnbs along with **LAGOS** and **JIMENEZ**.

16.     On October 18, 2024, investigators obtained a warrant to search the Oregon Airbnb, but the targets became suspicious of law enforcement presence and fled in haste from the rental property. Specifically, this occurred after DACOSTA departed from the Airbnb, drove to the Portland International Airport, and picked up a female. After departing the airport, the couple began conducting counter-surveillance by driving erratically, making U-turns, and repeatedly changing directions, so surveillance was terminated. Shortly thereafter, the remaining occupants departed from the Oregon Airbnb and drove in a similar manner in an effort to detect and evade surveillance. On the morning of October 19, 2024, investigators searched the Oregon Airbnb (as referenced above), and although no persons or cars were present, investigators found a mass of robbery tools and hard tool cases, including

many that matched those seen in surveillance photographs from prior robberies and that had been seen in the surveillance footage from the prior Airbnbs.

17.     On the same date as the search of the Oregon Airbnb, the white Audi's location data led the investigators to an Airbnb in Seattle, WA.  As investigators prepared a warrant to search that property, BASTIAS and SEPULVEDA exited the property, entered the white Audi, and were stopped and arrested.  Shortly thereafter, VALDEZ, DACOSTA, ALARCON, and a fourth Hispanic male attempted to drive away from the Seattle Airbnb in the silver Ford Fiesta, but investigators detained them.  Investigators then froze the Seattle Airbnb and ordered out all occupants. The same female who was picked up from the Airbnb and PARADA eventually exited and were detained.  That same evening, the investigative team obtained a search warrant for the Seattle Airbnb.  Inside they found large sums of cash as well as backpacks and clothing that matched what members of the SATG wore during prior larcenies. BASTIAS, SEPULVEDA, VALDEZ, DACOSTA, ALARCON, and PARADA were arrested and later charged via complaint with bank robbery and conspiracy to commit bank robbery.

18.     On October 22, 2024, agents located and arrested Alex MOYANO, Maite CELIS, and Erik OSORIO in Los Angeles for bank robbery and conspiracy to commit bank robbery. OSORIO was CELIS' boyfriend and had been seen on video at multiple CELIS-rented Airbnbs as well as during robberies. CELIS and OSORIO had recently switched phones and had cell phone jammers in the bedroom of their apartment.

19.     Agents had previously sought and received pen-ping location data for ten phones that had been located at multiple AirBNBs or robbery locations. After the arrest of MOYANO, CELIS, and OSORIO, one of those phones, which was pinging in Los Angeles, began to move north along I-5, first to Mount Shasta and then to Baring, Washington, outside of Seattle.

20.     Agents located that phone at a short-term rental in Baring, Washington. There, while conducting surveillance, they located **LAGOS** and **JIMENEZ** loading apparent bags and boxes of tools into the short-term rental on October 28, 2024.

21.     On October 30, 2024, agents served a federal search warrant at the short-term rental. There, they located **LAGOS**, **JIMENEZ**, and three other Hispanic males, as well as large quantities of burglary tools in plain view. **LAGOS** and **JIMENEZ** had substantial quantities of cash in their

bedrooms as well as burglary tools. All five individuals refused to come out during the service of the search warrant, and when agents entered the rental they found six cellphones broken in half and thrown in the fireplace, partially burned.

22.     This affidavit seeks the arrest of **LAGOS** and **JIMENEZ** for violations of 18 U.S.C. § 371, Conspiracy to Commit Bank Robbery, between the dates of May 1, 2024 and October 30, 2024, and 18 U.S.C. § 2113(a), Bank Robbery, on September 18, 2024 in Modesto, California.

### III.    <u>DEFENDANTS</u>

23.     **Alvaro Adrian LAGOS Mieres (LAGOS)** is believed to be a Chilean national involved in this SATG. **LAGOS** was admitted into the U.S. on a visa on June 29, 2024; however, he failed to depart on September 26, 2024, so is considered in violation for an overstay. As discussed more fully below, based on the review and comparison of surveillance videos from multiple Airbnbs rented by CELIS (and where **LAGOS** and other members of this SATG were observed moving numerous tool bags and tool cases believed to contain hundreds of pounds of burglary tools), I believe **LAGOS** helped to plan, prepare, and possibly participated in multiple bank and ATM burglaries. **LAGOS** was found on October 30 with cash and burglary tools in Baring, Washington, including with a cell phone jammer in the suitcase in his room

24.     **Humberto Anibal JIMENEZ Moreno (JIMENEZ)** is believed to be a Chilean national involved in this SATG. **JIMENEZ** was admitted into the U.S. on June 16, 2024, as a visitor for pleasure/tourism; however, **JIMENEZ** failed to leave by September 13, 2024, as required and is considered as an overstay. According to the U.S. Department of Homeland Security, **JIMENEZ** is a match to a National ID rule hit with a criminal history in Chile for falsification or malicious use of the public document, author of theft in a place of inhabitation or intended for habitation and was the co-author of the crime of robbery in a place intended for habitation. **JIMENEZ** failed to disclose his arrest history in an ESTA application. As discussed more fully below, upon review and comparison of surveillance videos from multiple Airbnbs rented by CELIS, in addition to physical surveillance, **JIMENEZ** and other members of this SATG were observed moving numerous tool bags and tool cases believed to contain hundreds of pounds of burglary tools in and out of those rental properties. Based on the above, I believe **JIMENEZ** helped to plan, prepare, and possibly participated in multiple bank and

ATM burglaries.. **JIMENEZ** was located on October 30, 2024 in Baring, Washington, with cash and burglary tools, multiple identifications, and fuel tanks for blowtorches in his room.

25.

## IV.    PROBABLE CAUSE

### A.    Background of Investigation

26.     The banking institutions referred to within this complaint fall within 18 U.S.C. § 2113 because they are insured by the Federal Deposit Insurance Corporation (FDIC) or the National Credit Union Administration (NCUA).

27.     The FBI began investigating a bank larceny crew around May 2024 that has been operating throughout California from around May 2024 to present.  The Fresno FBI was first made aware of this criminal group shortly after a bank larceny attempt was made in Merced, California on June 12, 2024, at a Golden1 Credit Union ATM. The attempted larceny was made by an unknown group of individuals disguised in covid-style masks and construction vests. Investigators then learned that there had been several similar style bank larcenies in the Sacramento area, and based on review of the recovered surveillance videos, the group's tactics matched:  forced entry, their style of clothing/disguises, and the equipment used during the larcenies (such as signal jammers and blow torches).

28.     Investigators next learned that there had been a successful bank ATM larceny in Fresno on May 5, 2024, that resulted in a cash loss exceeding $80,000. After reviewing the case files and still shot images from the May 5 Fresno larceny, the tactics matched the above robberies. It turned out, those tactics also matched a robbery in Houston, Texas on January 27, 2024.

29.     Following the discovery of these past bank larcenies, the investigative team retrieved footage and case summaries from all the successful and attempted ATM bank larcenies that the investigative team believed were connected based on recovered video footage and the crew's tactics. Below are case summaries from a portion of the bank larcenies/attempts.

a)      On January 27, 2024, at 2038 hours an unknown number of suspects entered

Wells Fargo located at 9715 Westheimer Rd. in Houston, Texas. The suspects were captured partially on video camera footage from the bank and were wearing construction-style vests. The security cameras were spray painted black and cell phone jammers were observed on the footage. The subjects used blow torches to break into the ATM; however, Wells Fargo has yet to produce a known loss amount. This burglary attempt is similar in style and fashion to the others below connected to California.

b)      On May 5, 2024, an unknown number of suspects entered the Wells Fargo located at 4472 W. Shaw Ave, STE 101 in Fresno, CA and stole approximately $81,860 from the ATM. The suspects wore construction outfits, spray painted cameras, and used blowtorches to access the ATM's.

c)      On June 1, 2024, an unknown number of suspects entered the Golden 1 Credit Union located at 2248 Grass Valley Highway in Auburn, CA and stole approximately $226,000 from the ATM. Similar tactics were used from cutting holes in walls and driving vehicles with paper plates on them.

d)      On June 11, 2024, three suspects entered the Golden 1 Credit Union located at 1124 W. Olive Avenue in Merced, CA in an unsuccessful attempt to burglarize the ATM. Based on a review of this case file, these suspects used nearly identical tactics as the other similar ATM larcenies in the central valley.

e)      On June 21, 2024, at approximately 2010 hours, a call for service was received by the Clovis Police dispatch regarding suspicious persons at the location of 3180 Fowler Avenue, EECU ATM kiosk wearing construction clothing and other subjects wearing construction clothing with a tarp covering the door of the ATM Kiosk. After conducting an investigation with Clovis PD, it was determined there was approximately $150-200K in each of the ATM's that was taken.

f)      On July 10, 2024, at approximately 2311 hours, four Hispanic appearing males attempted to burglarize an EECU ATM located at 6745 N. Milburn Ave., Fresno, CA. They were wearing construction vests and masks and left behind crowbars and blow torches after being contacted by security. The individuals had spray painted a camera and made their way into the

1   ATM room.

2   30.    Following the above incidents, there were numerous similar style ATM bank larcenies

3   throughout the Los Angeles and San Diego areas. There were no other larcenies of this type in the

4   Fresno area until September 2024.

5   **B.    September 2024 bank/ATM larceny incidents and identification of several vehicles**

6   **including a Chevrolet Suburban.**

7   31.    Throughout all the below ATM larcenies in September 2024 in Fresno, Modesto,

8   Roseville, Rocklin, Yuba City, and Fall River Mills three cars of interest were identified as used in one

9   or more of the larcenies or located via license plate readers as having been in the city during the

10   associated date and times of the larcenies. Those vehicles were:

11   a)    a silver Chevrolet Suburban, bearing CA license plate: 9HCH781,

12   b)    a silver Audi SUV, bearing CA license plate: 6XMP034, and

13   c)    a white Ford Explorer, bearing CA license plate: 9JQJ805.

14   32.    Here are the robberies that occurred in September 2024:

15   a)    September 15, 2024 – Attempted larceny at Valley First Credit Union located at 7685

16   North Fresno Street, Fresno, CA

17   - At approximately 1935 hours, multiple suspects broke into the Valley First Credit Union

18     located at 7685 North Fresno Street, Fresno, CA. The suspects utilized power saws to

19     attempt to gain access into the ATMs but were unsuccessful. The suspects arrived in a

20     white Ford Explorer.  The day before (September 14, 2024), the suspects arrived in a

21     Chevrolet Suburban (CA: 9HCH781)[1] and Audi G5[2] (CA:6XMP034) and could be seen

22     casing the location. Four males—including one wearing an upside-down LA baseball

23

24

25

26   [1] The Chevrolet Suburban was originally believed to be bearing California License Plate:
8VZN899 but was later confirmed to bear California License Plate: 9HCH781. This was done through

27   extensive license plate reader analysis and comparison of the suspect vehicle.

28   [2] The Audi plates were confirmed by FBI and local law enforcement agencies after numerous
similar larcenies following the latest Fresno incidents.

hat—were observed scouting the bank, their photos are below:

 

b)      September 15, 2024 – ATM bank larceny at the EECU ATM located at 5241 N. Maple Ave Fresno, CA

- Following the above unsuccessful larceny attempt, there was a successful ATM bank larceny at the EECU ATM located at 5241 N. Maple Ave Fresno, CA, on the Fresno State University grounds.  EECU conducted a review of surveillance footage and discovered that at least four unidentified suspects approached the ATM wearing masks and construction style hard hats around 10:37 PM hours. From around 10:37 PM until 10:47 PM, several of the subjects appeared to be inside the ATM kiosk and one stood in front of the ATM door as a "lookout." The door to the ATM appeared to be pried open and the ATM had been cut open with a blowtorch. There were several yellow pry bar marks found on the ATM door. Within the room, a mini sledgehammer appeared to have been left behind by the subjects and was collected by Fresno State University Police. EECU estimated at least $20,000 had been taken and at least $17,000 was discovered left behind in one of the ATM cartridges. Based on a

review of surveillance cameras in the area, the investigative team determined that a white Ford Explorer was the likely get-away vehicle, similar to the one used earlier in the night at Valley First Credit Union.

c)      September 18, 2024, Wells Fargo ATM larceny at 2401 E. Orangeburg Ave, Modesto, CA

- On September 18, 2024, the Wells Fargo ATMs were burglarized in similar fashion as the above-described larcenies. $247,000 in cash was reported to have been stolen. The subjects responsible for this larceny had broken into an adjacent "pet spa" business, cut through the wall and accessed the bank ATM room. The ATM was then cut open, likely by a blow torch and the cash was taken. Surveillance footage captured the suspects before and after the robbery in the area as well as in the adjacent pet spa—including (1) a man with an upside-down LA hat (SEPULVEDA), (2) a man with a white hat and blue button-down shirt (OSORIO), (3) a female with a t-shirt and mask on (BASTIAS), (4) a man with a Titleist hat (VALDEZ), (5) a man with a hardhat and all black shoes (SEPULVEDA), and (6) another man with a hardhat and black shoes with white trim (JOHN DOE 2). A grey Audi occupied by SEPULVEDA, VALDEZ, OSORIO, and BASTIAS was observed during the earlier scouting of the pet spa and adjacent ATMs, and a white Ford Explorer occupied by numerous males dressed in construction clothing was also identified in the area of the pet spa and ATMs around the time of the larceny.

*FIGURE 1 & 2: TWO MEMBERS OF THE SATG DISTRACTING THE PET SPA EMPLOYEES WHILE A THIRD LOOKS FOR INTERIOR CAMERAS AND TESTS THE MATERIAL OF THE WALL ADJACENT TO THE ATMS*



*FIGURE 3 – 6: TWO MEMBERS OF THE SATG SCOUTING FOR SURVEILLANCE CAMERAS AND SPRAY PAINTING AN EXTERIOR CAMERA WHILE THE OTHERS DISTRACTED THE PET SPA EMPLOYEES*

  

1
2
3
4
5
6
7
8



*FIGURE 7 – 9: TWO MEMBERS OF THE SATG STANDING LOOKOUT AND TESTING THE DOOR*
*TO THE PET SPA AROUND THE TIME OF THE PET SPA BURGLARY AND ATM LARCENY*

9
10
11
12
13
14
15
16
17
18
19
20
21



*FIGURE 11 & 12: INSIDE THE PET SPA AFTER HOURS*

22
23
24
25
26
27
28

 

d)      September 22, 2024 – robbery of Golden 1 Credit Union ATM, located at 4011

Woodcreek Oaks Blvd. Suite 120, Roseville, CA,

- ATMS were burglarized around 1736 hours. (See photographs below).





e)      September 22, 2024 – robbery of Golden 1 Credit Union ATM, located at 6839 Fivestar Blvd., Suite D, Rocklin, CA

- ATM was burglarized in similar fashion. More than $50,000 had been discovered to have been stolen after subjects entered the ATM room through an adjacent unit.  Lastly, later that night around 2129 hours, a Golden 1 Credit Union ATM, located at 1282 Stabler Lane, Suite 640, Yuba City, CA, was attempted to be burglarized via a similar fashion.

f)      September 27, 2024 – Robbery of Tri Counties Bank, located at 43308 299 Hwy E, Fall River Mills, CA,

- Bank was robbed at approximately 2145 hours. Just as described above, the subjects were dressed in construction vests and hard hats; wore covid-style facemasks; used black spray paint to cover the surveillance cameras; and utilized blow torches, saws, and other power tools to access the bank and the interior safes/vaults. Below are still images obtained from the bank's surveillance videos:

*FIGURE 15 - 18: SATG MEMBERS INSIDE THE TRI COUNTIES BANK*

   

  

FIGURE 19 – 21: TORCHED OPEN OVERNIGHT DROPBOX SAFE, ATM VAULT, AND BLOWTORCH DAMAGE TO DOOR OF BANK VAULT

33.     After this series of robberies, be on the lookouts (BOLO's) were placed on all three vehicles—the silver Chevrolet Suburban, bearing CA license plate: 9HCH781, the silver Audi SUV, bearing CA license plate: 6XMP034, and the white Ford Explorer, bearing CA license plate: 9JQJ805.

**C.     September 26, 2024, traffic stop on silver Chevrolet Suburban, bearing CA license plate: 9HCH781 leads to identification of MOYANO.**

34.      On September 26, 2024, Simi Valley PD contacted the investigative team regarding a BOLO alert for CA plate 9HCH781 equipped on the silver Chevrolet Suburban. As described above, that Suburban had earlier appeared to be scouting numerous ATM locations prior to ATM thefts, as well as dropping off SATG members at the time of the larcenies. Around 1100 hours on September 26, 2024, that Suburban was traffic stopped by Simi Valley PD. During the traffic stop, the driver was identified as J.H. Patrol officers ran the VIN number on the car and discovered the vehicle had been reported stolen by Hertz rental car company. J.H. was the lone driver of the vehicle and had numerous USPS packages in the car.

35.     Members of the investigative team responded to the scene and interviewed J.H. J.H. was given Miranda warnings and agreed to talk to law enforcement. J.H. stated that he had rented the car from a club promoter known as "xtrackz." J.H. knew xtrackz through friends and the club life. J.H. identified xtrackz Instagram account as "xtrackz_". J.H. also was given xtrackz number by his friend "Moises." Xtrackz phone number was 310-735-3714. J.H. stated he paid $700 for the car rental, in addition to a $500 deposit. He sent money via Zelle to phone number 818-619-4953. J.H. reiterated several times that xtrackz rented him the car and his friend Moises had picked up the car on J.H.'s behalf.

36.     Members of the investigative team reviewed xtrackz Instagram and one of his latest Instagram stories read, "tap in for car rentals and Airbnb." Xtrackz appeared to be a club promoter in LA. After conducting a review of xtrackz phone number and conducting open-source searches, FBI analysts were able to identify that subject C.L. was xtrackz true name. On September 26, 2024, a member of the investigative team wrote a state search warrant for C.L's person and devices. FBI agents

contacted C.L. later that night at a nightclub in West Hollywood, CA. C.L.'s phone was seized and searched by the investigative team. Additionally, C.L. was interviewed by agents and confirmed he had rented out a Suburban recently to numerous individuals. C.L. claimed he was unaware the Suburban was stolen; however, he did have information for who had rented the Suburban during the month of September. C.L. located numerous text and Instagram messages between himself and "Gordito." Gordito was a Chilean male he had met through the club. Gordito's Instagram username was, "66newyorkkk". The investigative team reviewed the text and Instagram messages between C.L. and Gordito and identified Gordito as Alex MOYANO based on selfie-style photographs of MOYANO on the "66newyorkkk" account.  I have reviewed immigration photos of Alex MOYANO as part of this investigation and have become familiar with his appearance.  I am familiar with MOYANO's appearance based on prior investigation in this case. Cell phone number 516-614-2389—which was previously associated with MOYANO through money wire records—was found to be in the immediate location of at least seven of the bank/ATM larcenies or attempted larcenies associated with this SATG after obtaining court-ordered "tower dumps" from the immediate area of prior larcenies.

37.     The investigative team conducted a more thorough review of C.L.'s phone and discovered numerous text messages between himself and his work associate, "Moises" (identified as "Moises" B., last name known but hidden for identity purposes). One conversation between the two uncovered that there were Apple Air Tags placed in all the rental vehicles that Moises B., C.L., and their additional work associates would rent out. An Apple Air Tag had also been discovered earlier in the day located in the Suburban stopped by Simi Valley PD.

38.     Between September 12, 2024, and September 22, 2024, Moises B., using telephone numbers 213-662-7733 and 323-345-8079 communicated with C.L., using telephone number 925-705-6572, regarding the stolen grey 2022 Chevrolet Suburban that they rented to MOYANO. C.L. also communicated with MOYANO via MOYANO's Instagram account of 66newyorkkk regarding the same Suburban. These communications have been transcribed and translated where needed below, Xtrackz = C.L.:

| SENDER / RECEIVER | DATE / TIME | MESSAGE | TRANSLATION |
|---|---|---|---|
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 @ 9:50 AM |   Cuanto por semana? |   How much per week? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 @ 12:55 PM | 800 Pero para vos 500 | 800 But for you 500 |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | La tienes para hoy? | Do you have it for today? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | Si. Si la Quieres comprar tambien | Yes. If you want to buy it also? |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | La quiero rentar bro. En cuanto la vendas | I want to rent it bro. How much are you selling it? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | Dale. Unos 8 | Go ahead. About 8 |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Porque tan barata? Que ano es? Yo la compro pero necesito rentarla primero una semana. Voy de vacaciones. | Why is it so cheap? What year is it? I'll buy it but I need to rent it first for a week. I'm going on vacation. I'm taking my |

| | | Llego mi familia. Y mi carro es muy chico. | family. And my car is very small. |
|---|---|---|---|
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | Cual es tu numero Perdi todo Mis contacts | What is your number? I lost all of my contacts. |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | 747-256-0982. Llamame hermano. La nesesito urgente | 747-256-0982. Call me. I need it in a hurry. |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Cuanto por la Suburban | How much for the Suburban? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | Una semana? | A week? |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Sii. Todo es por una semana | Yes. The total for a week. |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | La suburban esta a 700. 500 deposit | The suburban is 700. 500 deposit |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Si esta bien el deposito. La quiero pero no tengo el papel del Seguro ahora | Yes, the deposit is fine. I want it but I don't have any paper to secure it now. |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Yo ando con el efectivo aqui. Ya pero me vas a pasar la troca ahora? | I'm over here with the cash. But are you already going to pass me the truck now? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/12/24 | Si | Yes |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/12/24 | Ya me avisas a que hora estas listo | Let me know now what time you'll be ready |

| | | | |
|---|---|---|---|
| (Xtrackz) /<br><br>MOYANO<br>(66newyorkkk) | 9/12/24 | Okay me acabada de avisar<br>Que va estar kista a las 8pm.<br>Lista | Okay I warned him to be<br>ready at 8pm |
| C.L. / Moises B. | 9/12/24 @<br>6:09 PM | Lmk when the cars are ready | |
| Moises B./ C.L. | 9/12/24<br>@ 6:20 PM | Fosho. A week for Benz a<br>week for suburban? | |
| C.L. / Moises B. | 9/12/24<br>@ 6:21 PM | Yea | |
| Moises B./ C.L. | 9/12/24<br>@ 6:21 PM | 500 deposits. 700 suburban.<br>500 for Benz? | |
| C.L. / Moises B. | 9/12/24<br>@ 6:21 PM | Ye | |
| C.L. / Moises B. | 9/12/24<br>@ 6:2 PM | The suburban can gon now if<br>u resdy | |
| Moises B./ C.L. | 9/12/24<br>@ 6:22 PM | Can they take red jeep<br>tonight bc I got to pick up<br>someone from air port with<br>suburban | |
| C.L. / Moises B. | 9/12/24<br>@ 6:23 PM | No bro he needs it for the<br>same reason | |
| Moises B./ C.L. | 9/12/24<br>@ 6:23 PM | Ok | |
| C.L. / Moises B. | 9/12/24<br>@ 7:13 PM | ETA on the cars | |
| Moises B./ C.L. | 9/12/24<br>@ 7:29 PM | 8 pm | |
| MOYANO<br>(66newyorkkk) /<br><br>(Xtrackz) | 9/12/24 | Como estamos. Listos ono? | How are we? Ready or<br>not? |
| (Xtrackz) /<br><br>MOYANO<br>(66newyorkkk) | 9/12/24 | 3150 Wilshire Blvd<br>Ste 100<br>Los Angeles, CA 90005<br>United States | |
| C.L. / Moises B. | 9/12/24<br>@ 9:02 PM | $xtravibez. Send addy. Asap. | |
| Moises B./ C.L. | 9/12/24<br>@ 9:02 PM | Win send u $150 for<br>suburban. Rn | |
| C.L. / Moises B. | 9/12/24<br>@ 9:03 PM | Okay | |
| Moises B./ C.L. | 9/12/24<br>@ 9:04 PM | 35$ on top each day for<br>insurance. 7 x 35 Plus 500. | |

| | | | |
|---|---|---|---|
| | | Weekly rate. 245 plus 50. 500. 250 deposit. | |
| Moises B./ C.L. | 9/19/24 @ 6:48 AM | Yo. The renters that have the suburban. What's his number? Payment is due today are they renting it another week?  | |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/19/24 @ 7:14 AM | Yoo. Pa vas a Ocupar otra semana? | Yo. Bro are you going to keep it another week? |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/19/24 @ 12:29 PM | Si hermano nesesito otra semana mas. Te mando a dejar el dinero o te hago un zelle | Yes brother I need it another week more. I can send someone to leave you the money or I can send you a Zelle |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/19/24 @ 3:03 PM | Yo creo que te are el zelle bro. Pero nesesito por unos 4 dias nomas bro. No la semana completa | I think I will do the Zelle bro. But I need it for about 4 days only. Not the entire week. |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/19/24 | Dale. Ocupo tu numero. El otro dise disconnect | Go ahead. Send your number. The other says disconnect. |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/19/24 | +1 925 705 6572 | |
| MOYANO (66newyorkkk) / | 9/19/24 | Ok broder. Me dejas el zelle. O si quieres me hablas por | Ok broder. Give me the zelle. Or if you want to call me from WhatsApp |

| | | | |
|---|---|---|---|
| (Xtrackz) | | wsp que lo veo mas que el Instagram | because I look at it more than Instagram |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/19/24 | 818 619 4953 Kim Vega Mandame mensaje 3107353714 | 818 619 4953 Kim Vega Send me message 3107353714 |
| MOYANO (66newyorkkk) / (Xtrackz) | 9/19/24 | El primero es del zelle? Y el Segundo es el tuyo? | The first is for the zelle? And the second is yours? |
| (Xtrackz) / MOYANO (66newyorkkk) | 9/19/24 | Si | Yes |
| C.L. / MOYANO | 9/19/24 @ 7:46 PM | [OUTGOING CALL TO MOYANO at 925-705-6572] 7 seconds | |
| MOYANO / C.L. | 9/19/24 @7:48 PM | [INCOMING CALL FROM MOYANO USING PHONE NUMBER 925-705-6572] 1 minute | |
| Moises B./ C.L. | 9/19/24 @ 8:00 PM | Wassup with the money for the suburban? Why is he not sending me the bread? | |
| C.L. / Moises B. | 9/19/24 @ 8:00 PM | Just called him | |
| Moises B./ C.L. | 9/19/24 @ 8:00 PM | Why he sending it to ur girl? What's his number? We going to have to pull up | |
| C.L. / Moises B. | 9/19/24 @ 8:01 PM | On him? We will if they don't send it. He said they doing it now. Don't worry I'll handle it. I'm on it. | |
| Moises B./ C.L. | 9/20/24 @ 10:56 AM | What's up with the 7 bills? From the suburban? | |
| C.L. / Moises B. | 9/20/24 @ 10:57 AM | He dropping that off today and probably taking the white jeep. But we talking about the pull out. | |

| Moises B./ C.L. | 9/20/24 @ 11:05 AM | Where my suburban and my 700 | |
|---|---|---|---|
| C.L. / Moises B. | 9/20/24 @ 11:05 AM | I just told u bro his brother gonna drop off the 700 and probably also take the white jeep | |
| C.L. / Moises B. | 9/20/24 @ 3:13 PM | Was up wit the suburban papers? What's the trucks year | |
| Moises B./ C.L. | 9/20/24 @ 3:13 PM | Why? 2022 | |
| C.L. / Moises B. | 9/20/24 @ 3:34 PM | They extended the rental till Sunday | |
| Moises B./ C.L. | 9/22/24 @ 2:54 PM | Where my suburban | |

39.     Based on my training, experience, and knowledge of this investigation, I know from the above conversation that MOYANO reached out to C.L. regarding wanting to rent a Chevrolet Suburban that C.L. was renting through an Instagram post. I know that MOYANO originally rented the Suburban from C.L. for a period of a week, beginning on September 12, 2024. When MOYANO hadn't returned the Suburban as of September 19, 2024, Moises B. sent C.L. a screenshot of where the Apple Air Tag was showing the Suburban was parked at that time (confidential address referred to herein as Turlock Airbnb) and asked if MOYANO would be returning the Suburban or extending the rental for another week. C.L. contacted MOYANO and MOYANO indicated he wanted to rent the Suburban for an additional four days.

**D.     Identification of CELIS and renting of Turlock and Mount Shasta Airbnbs as staging locations for robberies.**

40.     Upon researching the above Turlock Airbnb address where the Apple Air Tag showed the silver Suburban was sitting on September 19, 2024, the investigative team was able to identify that address as an Airbnb rental. Members of the investigative team later contacted the property owner, NK.

41.     NK provided the investigative team with access to the historical records from their external surveillance camera system located at their Airbnb rental and confirmed recent guests stayed there from September 17-21, 2024. Members of the investigative team reviewed the historical camera footage and identified MOYANO at the location, in addition to numerous individuals who were believed to be connected to the SATG and the ATM larcenies throughout California. In addition, the surveillance footage showed several vehicles previously identified to have been used in the larcenies, including the stolen silver Suburban that was traffic stopped on September 26, 2024. Additionally, MOYANO had posted a recent selfie-style photo on his Instagram where he was standing in front of the red door of the Airbnb. Below is a photo from the Airbnb listing, as well as the photo MOYANO posted to his Instagram:

 

42.    NK was able to identify the profile photo and name of the individual who had booked the Airbnb from him/her. The name was listed as "Maite," with the below profile photo:



43.    The investigative team was able to locate this account on Airbnb and identified the account holder as Maite Belen CELIS Silva. CELIS had left a review on the property owner's Airbnb profile. The investigative team then reviewed additional Airbnb reviews made by CELIS and located a more recent Airbnb that CELIS had reviewed at a residence located in Mount Shasta, CA (Address known but omitted for confidentiality and referred to here as Mount Shasta Airbnb). On September 27, 2024, a member of the investigative team contacted the property manager for the Mount Shasta Airbnb, LT, who confirmed a large group of individuals had rented the Airbnb from September 23-25, 2024. LT confirmed that CELIS' phone number was (305) 850-1042. LT also provided video surveillance from outside the Mount Shasta Airbnb.

44.    On September 28, 2024, a member of the investigative team made a recorded ruse phone call to (305) 850-1042 and a female answered the phone and confirmed she was CELIS. The agent identified himself as the owner of an Airbnb in Mount Shasta and informed CELIS that his wife had found a black wallet, and they were wondering if a member from their party had mistakenly left it behind. CELIS could be heard speaking in Spanish with several individuals in the background. CELIS confirmed that she was currently staying around Mount Shasta at a different Airbnb, but that she was unaware of anyone from her group losing a wallet. Based on this conversation and CELIS' phone

number being connected to her Airbnb account, I believe she was the user of (305) 850-1042 and was booking Airbnbs for the Chilean SATG. Additionally, a member of the investigative team reviewed the camera footage from the Turlock and Mount Shasta Airbnbs and confirmed a female, visually similar to CELIS, was present at both the Airbnbs, along with numerous other individuals.

45.     Below are photographs from the Mount Shasta Airbnb, including loading and unloading several boxes of large equipment, believed to be bank burglary tools and blow torches:



46.     Pictured above is believed to be MAITE, who appears to be pregnant and was also seen on surveillance footage at the Airbnb in Turlock.



47.   Pictured above is SEPULVEDA, who I believe has conducted numerous ATM larcenies over the last several months. Pictured here he is wearing a tan baseball cap with an upside down LA symbol. This hat was seen on a similar male scouting numerous Fresno locations.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



25       48.     Pictured above are several case subjects, including OSORIO, SEPULVEDA, BASTIAS,

26 JOHN DOE 2, and **LAGOS** packing large construction-style roller cases and Husky-style work bags

27 into the Airbnb. In the days following the above law enforcement recovered similar looking cases and

28 bags from a bank larceny location in Fall River Mills, CA.

49.    Pictured below are two items of evidence seized from the bank robbery in Fall River Mills that occurred on 9/28/2024, which is an hour drive from the Mt. Shasta Airbnb.





**E.    Car location data leads the investigative team to an Oregon Airbnb, where investigators found mass of robbery tools and construction disguises.**

50.    Investigators reviewed the surveillance footage from the Turlock and Mount Shasta Airbnbs and identified several cars that were present at either or both locations.  One of those cars was a white Audi SUV, bearing CA license plate (9MBD530).  On October 11, 2024, investigators obtained a warrant for tracking the location of the white Audi.

51.    On October 16, 2024, GPS location pings became available to the FBI and showed the location of the white Audi in an area near Welches, Oregon with a 300-meter GPS ping radius. Later that day, investigators positively identified the above-mentioned silver-colored Audi bearing license plate (6XMP034)—which had been connected to the September robberies as described above—traveling

down a country road in a wooded area.  The white Audi was later spotted at an Airbnb in Oregon, along with a silver Ford Fiesta (bearing California license plate 9CCP947) and a brown Honda CRV (bearing California license plate 9MRR611). All three vehicles were previously seen together at the Turlock Airbnb. Investigators also observed multiple Hispanic-looking males and a Hispanic-looking female coming and going from the deck of the Airbnb. After conducting online open-source checks of the Airbnb website, it was discovered this address was an Airbnb rental. An investigator contacted the Airbnb property manager and was told it was booked until October 22, 2024.

52.     Agents contacted FBI officials in Portland, who told them that during the first part of October – the time between when I believe the SATG group headed north into Oregon from Mount Shasta and the time they were located in Portland, Oregon – there were at least two additional bank/ATM larcenies committed in Oregon. Both of those larcenies matched the modus operandi of numerous prior larcenies committed by this SATG as described throughout this affidavit.

53.     While conducting surveillance on October 18, 2024, around the hours of 10:00 AM, agents observed several Hispanic looking males exit the residence and smoke on the rear porch deck. One male was taller than the rest and was wearing a black MLB hat with a yellow "P" on it. Which is a pirates MLB team hat.

54.     During surveillance around the hours of 11:00 AM, the Honda CRV was observed leaving the residence with a lone Hispanic looking male driving, later identified as DACOSTA. DACOSTA was surveilled by FBI surveillance to the Portland airport where he picked up a lone female, later identified as **MEDEL**. After departing the airport, DACOSTA and **MEDEL** began conducting counter-surveillance, to include U-turns and changing directions. This was confirmed during a post-arrest interview with DACOSTA, where he stated he believed that they were being followed by law enforcement, so he attempted to evade them and abandoned the Honda CRV in a random parking lot in the Portland area.

55.     At 12:57 PM, several Hispanic males walked from the back porch of the house to the front of the house (other surveillance agents had view of the front of the house) where they opened and closed the doors to the silver Ford Fiesta.  Agents believed the suspects were loading items into the car. Some of the Hispanic males were wearing backpacks.  Minutes later, several suspects left in the silver

Ford Fiesta.  Surveillance agents followed, and the silver Ford Fiesta conducted counter surveillance including pulling into side roads, turning around, and changing directions, etc.

56.     Shortly thereafter, the white Audi was observed leaving the residence.  Mobile surveillance caught up to the white Audi and surveilled it.  The white Audi drove well below the speed limit and engaged in other counter surveillance techniques including changing directions and driving through apartment complex lots without stopping.  Investigators identified the occupants of the white Audi as BASTIAS and SEPULVEDA, the two individuals I have previously observed on surveillance as participants in the September 18, 2024, robbery of the Wells Fargo ATM in Modesto as described above (and below).

57.     The location data for the white Audi then showed that it remained in the Portland area for several hours.  The next location data that investigators received for the white Audi indicated that the car was in the Seattle, WA area, near the location of another Airbnb later identified by agents as discussed below.

58.     On the same date, October 18, 2024, investigators obtained a residential search warrant at the Oregon Airbnb.  Investigators executed the warrant on October 19, 2024, around 6:00 AM.  The residence was unoccupied, and no vehicles were present.  All interior lights had been left on.  Investigators found food sitting out, clothing in the house, and an empty suitcase.  Investigators also located portable shades for covering windows.  (In the Sept. 27 Fall River Mills ATM robbery, the robbers used temporary shades duct taped to the windows to block out the windows).  On the side porch of the residence, investigators found four or five large Husky-brand hard-shell rolling toolboxes with retractable handles (consistent with those toolboxes seen at prior Airbnbs on surveillance footage and found at prior bank/ATM robberies).  Importantly too, a couple of the Husky toolboxes had missing latches (consistent with the toolboxes observed in surveillance footage from the Mount Shasta Airbnb).  Upon opening the toolboxes, investigators found hundreds of pounds of power tools, including portable saws, blowtorch equipment, acetylene or oxygen tanks, yellow prybars, cutting tools, sledgehammers, heavy duty rope, goggles, respirators, construction vests and helmets, sweatpants, Nike shoes, boxes of covid masks, GoPro cameras, two cellphone jammers, etc.  These items are consistent with items seen in surveillance footage of the various ATM/bank robberies and recovered from prior robbery locations.

59.     Investigators spoke with a neighbor of the Oregon Airbnb.  The neighbor explained that on October 16 a white Audi entered his driveway (according to him, a common occurrence for renters of the neighboring property).  It was a Hispanic female driver with a Hispanic male passenger.  They indicated that they did not speak English but showed him a photograph of the rental unit, and he pointed them to the neighboring property (Oregon Airbnb).  Investigators have reviewed a screen shot of the surveillance video that the neighbor provided of this meeting in his driveway and have confirmed that the female driver of the white Audi was BASTIAS, based on familiarity of BASTIAS from viewing prior surveillance footage at the location of the Modesto robbery before the robbery occurred (Wells Fargo ATM and adjacent pet spa), the Turlock Airbnb, and the Mount Shasta Airbnb.

60.     On the same day, after the search, the investigative team contacted an employee of Vacasa—the rental management company for the Oregon Airbnb.  The employee provided rental history for the Oregon Airbnb and provided the name of the renter as well as the phone number.  The employee also indicated that they believed an additional property was rented in Welches and one in Seattle tied to the rental of the Oregon Airbnb.  The second rental property in Welches was within 1-2 miles of the Oregon Airbnb.  The property in Seattle was an Airbnb located within a half mile from where the white Audi was pinging as discussed above.

**F.      Investigators encounter suspects at the Seattle Airbnb and find cash as well as additional clothing used in the robberies.**

61.     After identifying the location of the Seattle Airbnb, around 11:00 a.m., investigators compared that address to the location data for the White Audi and found that the White Audi was near to that location.  Agents then spotted the White Audi in an alleyway parking spot that was assigned to the Seattle Airbnb.

62.     While the government prepared a search warrant for the Seattle Airbnb, BASTIAS and SEPULVEDA exited the property, entered the white Audi, and were stopped and arrested.  Shortly thereafter, VALDEZ, DACOSTA, ALARCON, and a fourth Hispanic male attempted to drive away from the Seattle Airbnb in the silver Ford Fiesta, but investigators detained them.  Agents questioned the four occupants of the Fiesta and asked if there was anyone inside the Seattle Airbnb, and the occupants denied there being anyone inside.

63. Investigators then froze the Seattle Airbnb and ordered out all occupants. Contrary to the statements of VALDEZ, DACOSTA, ALARCON, and the fourth Hispanic male, two females – one of whom was PARADA – were inside the Airbnb.

64. PARADA and the other female attempted to run out the back of the Airbnb when they were ordered out of the residence. When agents blocked that entrance, the other female slowly exited the residence while PARADA continued to move around inside, moving items.

65. When PARADA finally exited the residence, she was placing a call on her cellular telephone. When agents attempted to take her phone, she fought with three agents/officers to prevent them from getting the phone.

66. During an interview of the other female, she admitted that she was in the U.S. illegally and stated that she has rented multiple Airbnbs at the request of DACOSTA. The other female also informed investigators that there was a suitcase containing a large amount of cash inside the Airbnb. The other female claimed that DACOSTA had told her the cash was from the sale of a vehicle.

67. That same evening, the investigative team obtained a search warrant for the Seattle Airbnb.  Inside they found large sums of cash as well as backpacks and clothing that matched that worn during prior robberies. Multiple IDs were located in the residence.

68. An estimated $20,000 cash was located in a room being used by DACOSTA and the other female. Three hats with 'upside down LA' symbols were in a room belonging to SEPULVEDA and BASTIAS. Finally, in PARADA's room, agents located a shipping receipt indicating that she had shipped a FedEx box from Oregon to California on October 16, 2024, the same day that the crew checked into the Oregon Airbnb.  The receipt indicated that the shipping cost was over $100.

69. VALDEZ, DACOSTA, ALARCON, and PARADA were all arrested.

70. Subsequent to the search, agents learned that the fourth Hispanic male in the Ford Fiesta was also present in the Mount Shasta Airbnb through review of surveillance video.

**G.** **Phone pings from a cell phone associated with this SATG led investigators to an Airbnb in Baring, WA being used by the SATG**

71. Throughout the course of this investigation there have been numerous cell phone "tower dump" warrants authored for the purpose of identifying cell phones that were active at larceny locations

as well as the Airbnb locations the suspects were determined to be renting out during the commission of these larcenies. There were numerous cell phone numbers discovered that were of interest to the FBI that were either at several larceny locations or were located at or near the Airbnb locations when the suspects were identified to be staying there. As described above, the FBI has made several arrests to date regarding this SATG crew and have one additional outstanding number of interest (626-879-3418) that was obtained via the cell phone tower dump warrants mentioned above. The investigative team authored a federal search warrant for historical location data and live GPS location pen/pings for that number. After reviewing the historical information for the phone number, it was determined by the FBI to have been present at two Airbnb rentals during the time frame the SATG theft crew was staying there, as well as being in Fresno on September 14, 2024 – the day this crew was viewed on video surveillance scouting ATM larceny locations. Additionally, this phone had cell phone tower activity in Oakhurst, CA on September 14, 2024, the same area that several of the SATG crew vehicles were observed on license plate readers in that city, potentially scouting additional locations.

72.     Following the above GPS location ping being authored, the investigative team was able to determine that the above phone had historical location information showing it in Oregon and the Seattle, WA area, consistent with several members of the SATG crew that were arrested. Starting around October 24, 2024, the phone's live location began traveling north from the Los Angeles, CA area and eventually settled in the Baring, WA area on October 26, 2024, around 0524 hours PST. The phone had consistently been pinging in this area for several days. At that point, the investigative team contacted the Vacasa rental company, who were aware of our investigation and this crew's past use of Airbnb/Vacasa rentals in the Northwest United States for bank robbery purposes. Vacasa was able to locate an active rental in the Baring, WA area that they believed fit the same descriptors as past rentals used by the SATG crew (such as last-minute bookings, only Spanish speaking renters, and a rental that could house 6+ individuals). Additionally, Vacasa confirmed the individuals likely checked into that rental property during the late-night hours of October 25, 2024, or during the early morning hours of October 26, 2024. The renters of the property had messaged Vacasa on October 26, 2024, complaining about the power being out upon their check-in the night before. This was consistent with location pings for the phone number the FBI was tracking via GPS pings that showed the phone first showing up in the Baring, WA

area around 0524 hours on October 26, 2024.

73. Following the above information obtained from Vacasa, the FBI began surveillance of the identified rental property, located at 64448 NE 179th Street, Baring, WA, on October 28, 2024.

**H. Surveillance and Search Warrant of the Baring, WA Airbnb**

74. The rental property located at 64448 NE 179th Street, Baring, WA, was identified as a two-bedroom and two-bathroom house, that sleeps up to six people. According to Vacasa, the group had rented the property for six adult occupants. On October 28, 2024, I spoke to a Vacasa manager who confirmed a local cleaning lady had reported seeing three SUVs parked at the rental property over the last couple of days, and several of the renters were seen sitting in the vehicles. At approximately 1859 hours on October 28, 2024, the FBI observed a lone red-colored SUV backed into the driveway of the rental property.

75. Around 2100 hours, the FBI observed a silver Infiniti SUV parked at the rental property bearing Oregon plate: 744KFF. DMV checks revealed this plate registered to a "SM." On October 28, 2024, the investigative team spoke to SM telephonically, and she confirmed that she had recently sold her Infiniti to Alpine Motors located in Milwaukie, OR. SM stated that she had communicated with the owner who was named "MW." The investigative team subsequently contacted MW by phone on October 28, 2024. MW confirmed that he had recently sold the Infiniti on October 25, 2024, to two Hispanic males who paid cash. MW also stated he had sold the same group a Jeep Cherokee on October 7, 2024.  License plate reader (LPR) checks were conducted on the Infiniti plate of 744KFF, which showed an LPR hit at 1558 hours on October 28, 2024, near Bellevue, WA (see the below photo).



1

2      76.    Additionally, at 1554 hours, the above-referenced phone was pinging almost in the same

3   exact location that the vehicle was seen on LPRs, further linking the user of the phone to the Infiniti and

4   the rental property. Below is the phone ping location:



26

27      77.    Surveillance of the rental property in Baring, WA, continued on October 28, 2024. At

28   2221 hours, the location information for telephone number 626-879-3418 showed that it had returned

from the Seattle area to the Baring area, near the rental property. Around that same time, a silver Jeep Cherokee SUV parked at the rental property and two Hispanic males exited the vehicle. One male was visually confirmed by the investigative team to be **JIMENEZ**, who was previously observed on surveillance to be at both the Turlock and Mount Shasta Airbnbs. The second male had a hooded sweatshirt on obscuring his face. Upon the two males exiting the Jeep Cherokee, they unloaded multiple workbags and tool cases from the Jeep Cherokee and carried them inside the rental property. The tool bags and boxes were similar in appearance to ones left behind at prior bank/ATM larcenies and seized from the Airbnb in Welches, OR.

78.     On October 30, 2024, agents served a federal search warrant at the Baring rental property. Upon service of the search warrant, the inhabitants first tried to flee out the back of the rental property and then refused to come out. After approximately 5 minutes, agents effected entry through the front door with a ram. Inside, they found burglary tools scattered around the residence in plain view and four Hispanic males, including **LAGOS**, face-down in the living room. Six cell phones had been broken and thrown into the burning fireplace. **JIMENEZ** then entered the room from a back bedroom.

79.     During the search, agents located in addition to cash, construction worker disguises, and burglary tools, multiple IDs belonging to **JIMENEZ** and **LAGOS**, fuel tanks for a blow torch in a bedroom containing **JIMENEZ**'s indicia, and a cell phone jammer in a suitcase in a bedroom containing **LAGOS**'s indicia.

80.     Both **LAGOS** and **JIMENEZ** were arrest on probable cause at the scene and transported to the district court in the Western District of Washington pending the issuance of this complaint.

### I.     Probable cause for the arrest of LAGOS

81.     Upon review of the surveillance videos obtained from both the Turlock and Mount Shasta Airbnbs, **LAGOS** was found to be present at both locations along with multiple members of this SATG. Present at either one or both Airbnbs with **LAGOS** were MOYANO, CELIS, OSORIO, SEPULVEDA, BASTIAS, VALDEZ, DACOSTA, and ALARCON, all of whom were arrested on October 19 and 22, 2024, for violations of 18 U.S.C. § 2113(a), (b) and (c) – Bank Robbery. In addition to being present with these SATG members, **LAGOS** was observed packing Husky-brand tool bags and cases in and out of the Airbnbs. These tool bags and cases were consistent in appearance to tool bags and cases that have

both been left behind at prior bank burglary locations, as well as ones seized during search warrants of Airbnbs rented by this SATG (as described above). Below are some photos of **LAGOS** at both the Turlock and Mount Shasta Airbnb.

| DATE / TIME: | DESCRIPTION: | IMAGE: |
|---|---|---|
| 9/18/24 @ 1643 hours | **LAGOS** observed outside Turlock Airbnb |  |
| 9/18/24 @ 1720 hours | **LAGOS** exiting the Turlock Airbnb wearing gloves.<br><br>This was only a couple of hours or so prior to the Modesto Wells Fargo ATM larceny. |  |

| | | |
|---|---|---|
| 9/24/24 @ 1238 hours | **LAGOS** walking in and out Turlock Airbnb |  |
| 9/24/24 @ 1335 hours | **LAGOS** exiting the Mount Shasta Airbnb now wearing a pair of gloves. |  |

| | | |
|---|---|---|
| 9/24/24 @ 1454 hours | Image of **LAGOS'** face at the Mount Shasta Airbnb. |  |
| 9/25/24 @ 0958 hours | **LAGOS** exiting the Mount Shasta Airbnb carrying two Husky-brand tool bags consistent to ones left behind at the Tri Counties Bank larceny in Fall River Mills on 9/27/24 (specifically one with black spray paint over the white "Husky" logo. |  |

82.   **LAGOS** was located at the Baring, Washington rental property on October 30 with burglary tools and cash, including a cell phone jammer in a suitcase in his bedroom. Six cell phones

1   were located broken in the fire during the search after the occupants refused to come out.

2        83.    Based on the fact that **LAGOS** was observed staying at both the Turlock and Mount

3   Shasta Airbnbs along with numerous members of this SATG, he was observed periodically coming and

4   going from both Airbnbs wearing gloves (eventhough he was wearing shorts and a short-sleave shirt),

5   and the fact that he was observed carrying Husky-brand tool bags consistant with ones left behind at the

6   Tri Counties Bank larceny that occurred in Fall River Mills only two days later, I believe there is

7   probable cause to issue an arrest warrant for **LAGOS** for violations of Title 18, United States Code U.S.

8   Code §§ 371, 2113(a), 2 (aiding and abetting).

9        **J.**     **Probable cause for the arrest of JIMENEZ**

10        84.    Upon review of the surveillance videos obtained from both the Turlock and Mount Shasta

11   Airbnbs, **JIMENEZ** was found to be present at both locations along with multiple members of this

12   SATG. Present at either one or both Airbnbs with **JIMENEZ** and **LAGOS** were MOYANO, CELIS,

13   OSORIO, SEPULVEDA, BASTIAS, VALDEZ, DACOSTA, and ALARCON, all of whom were

14   arrested on October 19 and 22, 2024, for violations of 18 U.S.C. § 2113(a), (b) and (c) – Bank Robbery.

15   In addition to being present with these SATG members at these Airbnbs, **JIMENEZ** was observed

16   during surveillance conducted at the Baring, WA rental property on October 28, 2024, carrying in tool

17   bags and cases consistent in appearance to tool bags and cases that have both been left behind at prior

18   bank burglary locations, as well as ones seized during search warrants of Airbnbs rented by this SATG

19   (as described above). Below are some photos of **JIMENEZ** at both the Turlock and Mount Shasta

20   Airbnb.

| DATE / TIME: | DESCRIPTION: | IMAGE: |
| --- | --- | --- |

| | | |
|---|---|---|
| 9/18/24 @ 1621 hours | **JIMENEZ** arriving at the Turlock Airbnb |  |
| 9/24/24 @ 1238 hours | **JIMENEZ** at the Mount Shasta Airbnb. . |  |

85.     **JIMENEZ** was located at the Baring, Washington rental property on October 30 with burglary tools and cash, including fuel tanks for a blowtorch in his bedroom. Six cell phones were located broken in the fire during the search after the occupants refused to come out.

86.     Based on the fact that **JIMENEZ** was observed staying at both the Turlock and Mount Shasta Airbnbs along with numerous members of this SATG, and he was observed assisting in moving tool cases similar in appearance to ones left behind at prior bank/ATM burglaries and others that were

seized duirng the search warrant of the Welches, Oregon Airbnb and which were found to contain hundreds of pounds of burglary tools and construction disguises, I believe there is probable cause to issue an arrest warrant for **JIMENEZ** for violations of Title 18, United States Code U.S. Code §§ 371, 2113(a), 2 (aiding and abetting).

**V.    CONCLUSION**

87.    Based on the totality of facts set forth in this affidavit, I believe there is probable cause to believe that the defendants **Alvaro Adrian LAGOS Mieres (LAGOS)**, **Humberto Anibal JIMENEZ Moreno (JIMENEZ)**, **Carolina Patricia MEDEL Sanchez (MEDEL)**, and **JOHN DOE 3** all committed violations of Title 18, United States Code U.S. Code §§ 371, 2113(a), and 2(aiding and abetting).

88.    I respectfully request the issuance of arrest warrants for the individuals listed above.

I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

_____
Nathan Blevins, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with

the requirements of Fed.R.Crim.P. 41.1, by internet

telephone on _____**Oct 30, 2024**_____.

_____
The Honorable Erica P. Grosjean
United States Magistrate Judge

Approved as to form and substance:

/s/ Robert L. Veneman-Hughes
Robert L. Veneman-Hughes
Assistant United States Attorney