HEATHER E. WILLIAMS, #122664
Federal Defender
LAURA MYERS, IL #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare St, Ste 330
Fresno, CA 93721
Tel: 559-487-5561

Attorneys for Defendant
MAITE CELIS SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MAITE CELIS SILVA,<br><br>        Defendant. | Case No.  1:24-cr-265-KES-BAM<br><br>**ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |

   I, MAITE CELIS SILVA, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf.  I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel.  I do not want the government or its agents to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

Date: 11-1-2024

_____
MAITE CELIS SILVA
Defendant

Date: 11-1-2024

_____
Witnessed by: LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
MAITE CELIS SILVA