VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
BASSIL DACOSTA FRIAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BASSIL DACOSTA FRIAS,<br><br>　　　　Defendant. | CASE NO. 1:24-CR-00265-KES-BAM<br><br>NOTICE OF ERRONEOUS FILING |

To the clerk of this court and all parties of record:

Please note that on November 9, 2024 a Stipulation Modifying Conditions of Release, docket no. 96, was inadvertently filed in this case by undersigned counsel. Please disregard this filing.

Dated: November 10, 2024

　　　　　　　　　　　　　　　　　　/s/ Victor M. Chavez
　　　　　　　　　　　　　　　　　　VICTOR M. CHAVEZ
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Bassil Dacosta Frias