RICHARD OBERTO
ATTORNEY AT LAW
CA State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California  93704
Telephone: (559) 221-2557

Attorney for the defendant,
Camilo Alarcon Alarcon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:24-cr-00265 |
| *Plaintiff*, | ) NON-OPPOSITION TO ) PROSECUTION MOTION TO |
| v. | ) DISMISS BY THE ) DEFENDANT CAMILO |
| CAMILO ALARCON ALARCON, | ) ALARCON ALARCON ) |
| *Defendant.* | ) ) |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT**

**OF CALIFORNIA AND THE UNITED STATES ATTORNEY'S OFFICE:**

      The defendant CAMILO ALARCON ALARCON ("Mr. Alarcon") does not oppose the prosecution motion and proposed order to dismiss without prejudice the one count charged against him in the above-entitled case. Dkt. No. 182, "Government Motion to Dismiss". The dismissal will cover all of the counts and allegations against Mr. Alarcon, resulting in his discharge from the case.

DATED: 3/24/2025         /s/Richard Oberto
                                       RICHARD OBERTO
                                       Attorney for the defendant,
                                       Camilo Alarcon Alarcon