1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    LAURA MYERS, IL Bar #6338417
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     MAITE CELIS SILVA
7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:24-cr-00265-KES-BAM-2

12                   Plaintiff,             **APPLICATION FOR ORDER
                                            EXONERATING CASH BOND;**
13   vs.                                    **[PROPOSED] ORDER**

14
     MAITE CELIS SILVA,
15                   Defendant.

16

17          Defendant Maite Celis Silva hereby moves this court for an order to exonerate the cash

18   bond posted on her behalf in the above-captioned case.

19          On October 24, 2024, a detention hearing was held in this matter. *See* Dkt. #35 and #36.

20   At the detention hearing, Ms. Celis was ordered detained.

21          On October 29, 2024, Ms. Celis filed a Motion to Revoke Order of Detention. *See* Dkt.

22   #42. On November 4, 2024, her Motion was granted and she was ordered released on a

23   $20,000.00 cash bond.  *See* Dkt #65.  On November 13, 2024, a Cash Bond in the Amount of

24   $20,000.00 was posted on behalf of Ms. Celis. *See* Dkt #100.

25          On November 8, 2024, the government filed a Motion for Reconsideration of Order

26   Revoking Detention. *See* Dkt #93.  On November 18, 2024, this Court granted the government's

27   motion and reinstated the previous detention order.  *See* Dkt #116.

28          //

1    Since the original release order was revoked and Ms. Celis remains detained in this

2  matter, Ms. Celis requests that the court exonerate the cash bond and order the $20,000.00

3  returned by mail to Cecilia Silva Moyla, according to Rule 46(g) of the Federal Rules of

4  Criminal Procedure.

5

6  Dated:  May 14, 2025                              Respectfully submitted,

7                                                    HEATHER E. WILLIAMS
                                                     Federal Defender
8

9                                                     /s/ Laura Myers
                                                     LAURA MYERS
10                                                   Assistant Federal Defender
                                                     Attorney for Defendant
11                                                   MAITE CELIS SILVA

12

13

14                                  **O R D E R**

15        IT IS HEREBY ORDERED that the Clerk of the Court exonerate the cash bond posted in

16  the amount of $20,000.00 (receipt no. 100003994) in the above-captioned case exonerate the

17  bond in the above-captioned case and return the amount to Cecilia Silva Moyla, who originally

18  posted the bond, and whose mailing address is on file with the Office of the Federal Defender.

19

20  Dated: May _____, 2025

21                                                   _____
                                                     BARBARA A. McAULIFFE
22                                                   United States Magistrate Judge

23

24

25

26

27

28

2