ERIC GRANT
United States Attorney
JUSTIN J. GILIO
ROBERT VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

Aug 21, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
| Plaintiff, | 18 U.S.C. § 371 – Conspiracy to Commit Bank Robbery, Bank Larceny, Possession of Stolen Bank Funds, Interstate Transportation of Stolen Goods, and Arson of Commercial Property; |
| v. | 18 U.S.C. § 2113(a) – Bank Robbery (seven counts); |
| 1) ALEX MOYANO MORALES,<br>2) MAITE BELEN CELIS SILVA,<br>3) ERIK OSORIO OLIVAREZ,<br>4) SERGIO EDUARDO ARAVENA MAUREIRA AKA PABLO ANDRES VALDEZ RODRIGUEZ,<br>5) ROSA FRANCISCA BASTIAS SERRA,<br>6) CAMILO ANDRES GUZMAN SEPULVEDA AKA CAMILO ANDRES SEPULVEDA GUZMAN,<br>7) FRANCISCO ANTONIO MARIN ILABACA AKA BASSIL ALEJANDRO DACOSTA FRIAS,<br>8) ALVARO ADRIAN LAGOS MIERIES,<br>9) HUMBERTO ANIBAL JIMENEZ MORENO, AND<br>10) KEVIN ALEXANDER HIDALGO PACHECO<br>11) DIEGO ANANIAS ARELLANO DIAZ AKA FABIO CRISTIAN HERNANDEZ | 18 U.S.C. § 844(i), 2 – Arson of Commercial Property (four counts);<br>18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| Defendants. | |

## S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

At all times material to this Indictment:

1.      Wells Fargo Bank, National Association ("Wells Fargo"), was a bank, the deposits of

which were then insured by the Federal Deposit Insurance Corporation.

2.      Comerica Bank ("Comerica"), was a bank, the deposits of which were then insured by the

Federal Deposit Insurance Corporation.

3.      The Golden 1 ("Golden 1"), was a credit union, the deposits of which were then insured

by the National Credit Union Administration.

4.      Ventura County ("Ventura County Credit Union"), was a credit union, the deposits of

which were then insured by the National Credit Union Administration.

5.      Educational Employees Credit Union ("EECU"), was a credit union, the deposits of

which were then insured by the National Credit Union Administration.

6.      Wescom Central ("Wescom"), was a credit union, the deposits of which were then

insured by the National Credit Union Administration.

7.      San Diego County ("SDCCU"), was a credit union, the deposits of which were then

insured by the National Credit Union Administration.

8.      OnPoint Community ("OnPoint"), was a credit union, the deposits of which were then

insured by the National Credit Union Administration.

9.      Valley First Credit Union ("Valley First"), was a credit union, the deposits of which were

then insured by the National Credit Union Administration.

10.     Tri Counties Bank "Tri Counties"), was a bank, the deposits of which were then insured

by the Federal Deposit Insurance Corporation.

11.     Solarity ("Solarity"), was a credit union, the deposits of which were then insured by the

National Credit Union Administration.

COUNT ONE:  [18 U.S.C. §§ 371, 2113(a), (b), (c), 2314, 844(i) – Conspiracy to Commit Bank
Robbery, Bank Larceny, Possession of Stolen Bank Funds, Interstate Transportation of
Stolen Goods, and Arson of Commercial Property]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA
CAMILO ANDRES GUZMAN SEPULVEDA,
FRANCISCO ANTONIO MARIN ILABACA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, and
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

12. The allegations contained in paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein by reference.

13. Beginning at a time unknown, but no later than in or about May 2024, and continuing thereafter until on or about October 30, 2024, in the Counties of Fresno, Kern, Madera, Merced, Placer, Sacramento, San Joaquin, Shasta, Stanislaus, and Sutter, State and Eastern District of California, the Southern District of California, the Central District of California, the District of Oregon, the Eastern District of Washington, the Western District of Washington, and elsewhere, the above-named defendants did knowingly, combine, conspire, confederate, and agree together, with each other, and with persons known and unknown to the Grand Jury, to commit certain offenses against the United States, to wit:

        a) bank robbery, that is, to enter and attempt to enter a building used in whole and in part as a bank and credit union, specifically, buildings used by Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity with intent to commit in such building, and part thereof, so used: 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18, United States Code, Section 2113(a);

        b) bank larceny, that is, to take and carry away, with intent to steal and purloin, money exceeding $1,000 belonging to and in the care, custody, control, management and possession of any bank and credit union, specifically, Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity all in violation of Title 18, United States Code, Section 2113(b); and

c) possession of stolen bank funds, that is, to receive, possess, conceal, and store any property or money or other thing of value which has been taken or stolen from any bank and credit union, specifically, Wells Fargo, Comerica, Golden 1, Ventura County Credit Union, EECU, Wescom, SDCCU, OnPoint, Valley First, Tri Counties, and Solarity all in violation of Title 18, United States Code, Section 2113(b), knowing the same to be property which had been stolen, all in violation of Title 18, United States Code, Section 2113(c);

d) transportation, transmission or transfer in interstate and foreign commerce of stolen goods, wares, and merchandise, that is stolen funds and other stolen items, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, all in violation of Title 18, United States Code, Section 2314;

e) arson, that is, to maliciously damage, destroy, and attempt to damage and destroy, by means of fire and explosive materials real and personal property used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

### Overt Acts

In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of California and elsewhere:

(1) On or about May 5, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury, in the County of Fresno, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wells Fargo at Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(2) On that same date, conspirators covered sprinklers with duct tape inside a Wells Fargo building to prevent them from interfering with the use of fire by an oxyacetylene torch.

(3) On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury used an oxyacetylene

1     torch to maliciously damage, destroy, and attempt to damage and destroy by means of

2     fire real or personal property used in interstate or foreign commerce and used in activity

3     affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and

4     aided and abetted to commit the same, all in violation of Title 18 United States Code,

5     Section 844(i) and 2.

6   (4)   On or about May 15, 2024, ALEX MOYANO MORALES, and others known and

7     unknown to the grand jury, in the County of Orange, State and Central District of

8     California, did enter and attempt to enter a bank and building used in whole or in part as a

9     bank and credit union, including as an ATM, to wit—Comerica at Anaheim, California—

10     with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a

11     felony, specifically bank larceny in violation of Title 18 United States Code Section

12     2113(b); and aided and abetted to commit the same, all in violation of Title 18 United

13     States Code, Section 2113(a) and 2.

14   (5)   On or about May 22, 2024, ALEX MOYANO MORALES, MAITE BELEN CELIS

15     SILVA, and others known and unknown to the grand jury, in the County of Sacramento,

16     State and Eastern District of California, did enter and attempt to enter a bank and building

17     used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden

18     1 in Citrus Heights, California—with intent to commit in such building, or part thereof,

19     so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18

20     United States Code Section 2113(b); and aided and abetted to commit the same, all in

21     violation of Title 18 United States Code, Section 2113(a) and 2.

22   (6)   On that same date, conspirators wrapped a fire alarm with tape inside a Golden 1 building

23     to prevent it from notifying authorities when they used fire.

24   (7)   On that same date, ALEX MOYANO MORALES, MAITE BELEN CELIS SILVA, and

25     others known and unknown to the grand jury used fire to maliciously damage, destroy,

26     and attempt to damage and destroy real or personal property used in interstate or foreign

27     commerce and used in activity affecting interstate or foreign commerce, to wit a safe

28     belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title

1     18 United States Code, Section 844(i) and 2.

2 (8)     On or about May 27, 2024, ALEX MOYANO MORALES, CAMILO ANDRES

3     GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN

4     CELIS SILVA, and others known and unknown to the grand jury, in the County of

5     Sacramento, State and Eastern District of California, did enter and attempt to enter a bank

6     and building used in whole or in part as a bank and credit union, including as an ATM, to

7     wit—Golden 1 at Sacramento, California—with intent to commit in such building, or part

8     thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of

9     Title 18 United States Code Section 2113(b); and aided and abetted to commit the same,

10     all in violation of Title 18 United States Code, Section 2113(a) and 2, including by

11     CAMILO ANDRES GUZMAN SEPULVEDA and ERIK VALENTINO OSORIO

12     OLIVAREZ scouting the ATM before the robbery.

13 (9)     On that same date, conspirators pried open the back door and entered with a torch, and

14     then covered sprinklers with duct tape inside a Golden 1 building to prevent them from

15     interfering with the use of fire by an oxyacetylene torch.

16 (10)     On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN

17     SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS

18     SILVA, and others known and unknown to the grand jury used fire to maliciously

19     damage, destroy, and attempt to damage and destroy real or personal property used in

20     interstate or foreign commerce and used in activity affecting interstate or foreign

21     commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the

22     same, all in violation of Title 18 United States Code, Section 844(i) and 2.

23 (11)     On or about June 1, 2024, ALEX MOYANO MORALES, CAMILO ANDRES

24     GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN

25     CELIS SILVA, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown

26     to the grand jury, in the County of Placer, State and Eastern District of California, did

27     enter and attempt to enter a bank and building used in whole or in part as a bank and

28     credit union, including as an ATM, to wit—Golden 1 at Auburn, California—with intent

to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by CAMILO ANDRES GUZMAN SEPULVEDA and DIEGO ANANIAS ARELLANO DIAZ scouting the ATM before the robbery.

(12)   On that same date, conspirators covered sprinklers with duct tape inside a Golden 1 building to prevent them from interfering with the use of fire by an oxyacetylene torch.

(13)   On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(14)   On or about June 10, 2024, ALEX MOYANO MORALES, ERIK VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Sacramento, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Elk Grove, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by ERIK VALENTINO OSORIO OLIVAREZ scouting the ATM before the robbery and MAITE BELEN CELIS SILVA renting a short-term rental property in Kern County to use as a staging location.

(15)   On or about June 11, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and

unknown to the grand jury, in the County of Merced, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Merced, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including by MAITE BELEN CELIS SILVA renting a short-term rental property in Kern County to use as a staging location.

(16)     On or about June 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Ventura, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Ventura County Credit Union at Oxnard, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(17)     On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Ventura County Credit Union; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(18)     On or about June 21, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury, in the County of Fresno, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part

1  as a bank and credit union, including as an ATM, to wit—EECU at Clovis, California—

2  with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a

3  felony, specifically bank larceny in violation of Title 18 United States Code Section

4  2113(b); and aided and abetted to commit the same, all in violation of Title 18 United

5  States Code, Section 2113(a) and 2, including by CAMILO ANDRES GUZMAN

6  SEPULVEDA scouting the ATM before the robbery.

7  (19)  On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN

8  SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, and others known and

9  unknown to the grand jury used fire to maliciously damage, destroy, and attempt to

10  damage and destroy real or personal property used in interstate or foreign commerce and

11  used in activity affecting interstate or foreign commerce, to wit a safe belonging to

12  EECU; and aided and abetted to commit the same, all in violation of Title 18 United

13  States Code, Section 844(i) and 2.

14  (20)  On or about July 4, 2024, ALEX MOYANO MORALES, and others known and

15  unknown to the grand jury, in the County of San Joaquin, State and Eastern District of

16  California, attempted to enter a Loomis Armored Services depot at Stockton,

17  California—with intent to commit in such building a larceny.

18  (21)  On or about July 10, 2024, ALEX MOYANO MORALES, and others known and

19  unknown to the grand jury, in the County of Fresno, State and Eastern District of

20  California, did enter and attempt to enter a bank and building used in whole or in part as a

21  bank and credit union, including as an ATM, to wit—EECU at Fresno, California—with

22  intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony,

23  specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and

24  aided and abetted to commit the same, all in violation of Title 18 United States Code,

25  Section 2113(a) and 2.

26  (22)  On the same date, conspirators brought a blow torch and two metal fuel tanks into the

27  EECU.

28  (23)  On or about July 13, 2024, ALEX MOYANO MORALES, and others known and

unknown to the grand jury, in the County of Los Angeles, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wescom at Lakewood, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(24)     On that same date, ALEX MOYANO MORALES, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Wescom; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(25)     On or about July 20, 2024, ALEX MOYANO MORALES, and others known and unknown to the grand jury, in the County of Los Angeles, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wescom at Torrance, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(26)     On or about July 21, 2024, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury, in the County of Los Angeles, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wescom at Long Beach, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to

1    commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

2    (27)    On that same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN

3    SEPULVEDA, and others known and unknown to the grand jury used fire to maliciously

4    damage, destroy, and attempt to damage and destroy real or personal property used in

5    interstate or foreign commerce and used in activity affecting interstate or foreign

6    commerce, to wit a safe belonging to Wescom; and aided and abetted to commit the

7    same, all in violation of Title 18 United States Code, Section 844(i) and 2.

8    (28)    On or about July 24, 2024, ALEX MOYANO MORALES, and others known and

9    unknown to the grand jury, in the County of Orange, State and Central District of

10    California, did enter and attempt to enter a bank and building used in whole or in part as a

11    bank and credit union, including as an ATM, to wit—Wells Fargo at Mission Viejo,

12    California—with intent to commit in such building, or part thereof, so used, 1) a larceny;

13    and 2) a felony, specifically bank larceny in violation of Title 18 United States Code

14    Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18

15    United States Code, Section 2113(a) and 2.

16    (29)    On that same date, ALEX MOYANO MORALES, and others known and unknown to the

17    grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy

18    real or personal property used in interstate or foreign commerce and used in activity

19    affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and

20    aided and abetted to commit the same, all in violation of Title 18 United States Code,

21    Section 844(i) and 2.

22    (30)    On or about July 29, 2024, ALEX MOYANO MORALES, ERIC VALENTINO

23    OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, and others known

24    and unknown to the grand jury, in the County of Riverside, State and Central District of

25    California, did enter and attempt to enter a bank and building used in whole or in part as a

26    bank and credit union, including as an ATM, to wit—SDCCU at Temecula, California—

27    with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a

28    felony, specifically bank larceny in violation of Title 18 United States Code Section

1 | 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United
2 | States Code, Section 2113(a) and 2.

(31) On that same date, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to SDCCU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(32) On July 31, 2024, ALEX MOYANO MORALES contacted a co-conspirator and directed that co-conspirator to purchase two tanks of oxygen and one of acetylene.

(33) On or about July 31, 2024, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury, in the County of Riverside, State and Central District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—SDCCU at Temecula, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2.

(34) On that same date, ALEX MOYANO MORALES, ERIC VALENTINO OSORIO OLIVAREZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to SDCCU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(35) On or about August 25, 2024, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury, in the County of Multnomah, State and District of

Oregon, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—OnPoint at Troutdale, Oregon—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including MAITE BELEN CELIS SILVA renting a short-term rental property in Oregon to use as a staging location.

(36) On that same date, ERIC VALENTINO OSORIO OLIVAREZ, CAMILO ANDRES GUZMAN SEPULVEDA, MAITE BELEN CELIS SILVA, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to OnPoint; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(37) On or about August 29, 2024, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Marion, State and District of Oregon, entered a Helzburg Diamonds jewelry store at Woodburn, Oregon—with intent to commit in such building a larceny, and actually stole and carried away Rolex watches which traveled in interstate and foreign commerce.

(38) On the same date, conspirators covered sensors and alarms with duct tape to avoid being detected when using fire.

(39) On the same date, CAMILO ANDRES GUZMAN SEPULVEDA, ERIC VALENTINO OSORIO OLIVAREZ, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Helzberg Diamonds; and aided and abetted to commit the same, all in violation of Title

1  18 United States Code, Section 844(i) and 2.

2  (40)  On or about August 31, 2024, SERGIO EDUARDO ARAVENA MAUREIRA, and

3  others known and unknown to the grand jury, in the County of San Diego, State and

4  Southern District of California, entered a Ben Bridge Jewelers jewelry store at San

5  Diego, California—with intent to commit in such building a larceny, and actually stole

6  and carried away Rolex watches which traveled in interstate and foreign commerce,

7  including SERGIO EDUARDO ARAVENA MAUREIRA scouting the jewelry store in

8  advance of the burglary and larceny.

9  (41)  On the same date, SERGIO EDUARDO ARAVENA MAUREIRA, and others known

10  and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to

11  damage and destroy real or personal property used in interstate or foreign commerce and

12  used in activity affecting interstate or foreign commerce, to wit a safe belonging to Ben

13  Bridge Jewelers; and aided and abetted to commit the same, all in violation of Title 18

14  United States Code, Section 844(i) and 2.

15  (42)  On or about September 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES

16  GUZMAN SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK

17  VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN

18  ALEXANDER HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES,

19  HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ,

20  and others known and unknown to the grand jury, in the County of Fresno, State and

21  Eastern District of California, did enter and attempt to enter a bank and building used in

22  whole or in part as a bank and credit union, including as an ATM, to wit—Valley First at

23  Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a

24  larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States

25  Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title

26  18 United States Code, Section 2113(a) and 2, including CAMILO ANDRES GUZMAN

27  SEPULVEDA, ERIK VALENTINO OSORIO OLIVAREZ, and SERGIO EDUARDO

28  ARAVENA MAUREIRA scouting before the robbery, KEVIN ALEXANDER

1  HIDALGO PACHECO serving as a lookout during the robbery, persons unknown
2  renting a short-term property rental in Oakhurst, California, ALEX MOYANO
3  MORALES renting a car to transport codefendants to and from the robbery location, and
4  MAITE BELEN CELIS SILVA renting a short-term property rental in Tulare County to
5  use as a staging location.

6  (43)   On or about September 15, 2024, ALEX MOYANO MORALES, CAMILO ANDRES
7         GUZMAN SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK
8         VALENTINO OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN
9         ALEXANDER HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES,
10        HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ,
11        and others known and unknown to the grand jury, in the County of Fresno, State and
12        Eastern District of California, did enter and attempt to enter a bank and building used in
13        whole or in part as a bank and credit union, including as an ATM, to wit—EECU at
14        Fresno, California—with intent to commit in such building, or part thereof, so used, 1) a
15        larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States
16        Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title
17        18 United States Code, Section 2113(a) and 2, including KEVIN ALEXANDER
18        HIDALGO PACHECO serving as a lookout during the robbery, persons unknown
19        renting a short-term property rental in Oakhurst, California, ALEX MOYANO
20        MORALES renting a car to transport codefendants to and from the robbery location, and
21        MAITE BELEN CELIS SILVA renting a short-term property rental in Tulare County to
22        use as a staging location.

23  (44)   On the same date, ALEX MOYANO MORALES, CAMILO ANDRES GUZMAN
24         SEPULVEDA, SERGIO EDUARDO ARAVENA MAUREIRA, ERIK VALENTINO
25         OSORIO OLIVAREZ, MAITE BELEN CELIS SILVA, KEVIN ALEXANDER
26         HIDALGO PACHECO, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO
27         ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others
28         known and unknown to the grand jury used fire to maliciously damage, destroy, and

attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to EECU; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(45)  On or about September 18, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, KEVIN ALEXANDER HIDALGO PACHECO, MAITE BELEN CELIS SILVA, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ and others known and unknown to the grand jury, in the County of Stanislaus, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wells Fargo at Modesto, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to CAMILO ANDRES GUZMAN SEPULVEDA, ROSA FRANCISCA BASTIAS SERRA, SERGIO EDUARDO ARAVENA MAUREIRA, and ERIK VALENTINO OSORIO OLIVAREZ scouting before the robbery, ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, MAITE BELEN CELIS SILVA renting a short-term property rental in Stanislaus County to use as a staging location.

(46)  On the same date, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, KEVIN ALEXANDER HIDALGO PACHECO, MAITE BELEN CELIS SILVA, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to

the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Wells Fargo; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(47) On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Placer, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Roseville, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, CAMILO ANDRES GUZMAN SEPULVEDA and KEVIN ALEXANDER HIDALGO PACHECO scouting before the robbery, ROSA FRANCISCA BASTIAS SERRA acting as a lookout during the robbery, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(48) On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO

ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, in the County of Placer, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Rocklin, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, CAMILO ANDRES GUZMAN SEPULVEDA scouting before the robbery, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(49)    On the same date, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury used fire to maliciously damage, destroy, and attempt to damage and destroy real or personal property used in interstate or foreign commerce and used in activity affecting interstate or foreign commerce, to wit a safe belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

(50)    On or about September 22, 2024, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK VALENTINO OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, KEVIN ALEXANDER HIDALGO PACHECO, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, and others known and unknown to the grand jury, in the County of Sutter, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part

as a bank and credit union, including as an ATM, to wit—Golden 1 at Yuba City, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to ALEX MOYANO MORALES renting a car to transport codefendants to and from the robbery location, and MAITE BELEN CELIS SILVA renting a short-term property rental in Yuba City to use as a staging location.

(51) On September 24 and 25, 2024, ERIK VALENTINO OSORIO OLIVAREZ, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, DIEGO ANANIAS ARELLANO DIAZ, and others known and unknown to the grand jury, moved tool bags and cases in and out of a shot-term rental property rented by MAITE BELEN CELIS SILVA in Mt. Shasta, California.

(52) On or about September 27 and 28, 2024, ERIK VALENTINO OSORIO OLIVAREZ, MAITE CELIS SILVA, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN ILABACA, and others known and unknown to the grand jury, in the County of Sutter, State and Eastern District of California, did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Tri Counties at Falls River Mills, California—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title 18 United States Code, Section 2113(a) and 2, including but not limited to CAMILO ANDRES GUZMAN SEPULVEDA and ERIC VALENTINO OSORIO OLIVAREZ scouting in advance of the robberies; and MAITE BELEN CELIS SILVA renting a short-term property rental in

1    Mount Shasta to use as a staging location for scouting.

2    (53)   On the same dates, conspirators transported a Husky tool case containing
3           oxygen/acetylene tanks and blow torch equipment into Tri Counties.

4    (54)   On the same dates, ERIK VALENTINO OSORIO OLIVAREZ, MAITE CELIS SILVA,
5           SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS
6           SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, ALVARO ADRIAN LAGOS
7           MIERES, HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO
8           MARIN ILABACA, and others known and unknown to the grand jury used fire to
9           maliciously damage, destroy, and attempt to damage and destroy real or personal
10          property used in interstate or foreign commerce and used in activity affecting interstate or
11          foreign commerce, to wit a safe belonging to Tri Counties; and aided and abetted to
12          commit the same, all in violation of Title 18 United States Code, Section 844(i) and 2.

13   (55)   On or about October 6, 2024, CAMILO ANDRES GUZMAN SEPULVEDA,
14          HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN
15          ILABACA, and others known and unknown to the grand jury, in the District of Oregon,
16          did enter and attempt to enter a bank and building used in whole or in part as a bank and
17          credit union, including as an ATM, to wit—OnPoint Community Credit Union in Lake
18          Oswego, Oregon—with intent to commit in such building, or part thereof, so used, 1) a
19          larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States
20          Code Section 2113(b); and aided and abetted to commit the same, all in violation of Title
21          18 United States Code, Section 2113(a) and 2.

22   (56)   On or about October 13, 2024, CAMILO ANDRES GUZMAN SEPULVEDA,
23          HUMBERTO ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN
24          ILABACA, and others known and unknown to the grand jury, in the Eastern District of
25          Washington, did enter and attempt to enter a bank and building used in whole or in part
26          as a bank and credit union, including as an ATM, to wit—the Solarity Credit Union in
27          Yakima, Washington— with intent to commit in such building, or part thereof, so used,
28          1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United

1 States Code Section 2113(b); and aided and abetted to commit the same, all in violation

2 of Title 18 United States Code, Section 2113(a) and 2, including but not limited to

3 CAMILO ANDRES GUZMAN SEPULVEDA scouting in advance of the robbery.

4     (57)    On the same date, CAMILO ANDRES GUZMAN SEPULVEDA, HUMBERTO

5 ANIBAL JIMENEZ MORENO, FRANCISCO ANTONIO MARIN ILABACA, and

6 others known and unknown to the grand jury used fire to maliciously damage, destroy,

7 and attempt to damage and destroy real or personal property used in interstate or foreign

8 commerce and used in activity affecting interstate or foreign commerce, to wit a safe

9 belonging to Golden 1; and aided and abetted to commit the same, all in violation of Title

10 18 United States Code, Section 844(i) and 2.

11     (58)    On or about October 18, 2024, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA

12 FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA,

13 FRANCISCO ANTONIO MARIN ILABACA, and others known and unknown to the

14 grand jury, in the District of Oregon, used a short term rental property in Welches,

15 Oregon as a location to store robbery tools, including oxygen/acetylene tanks and blow

16 torch equipment, in preparation for a robbery of an unknown bank or credit union.

17     (59)    On or about October 30, 2024, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO

18 ANIBAL JIMENEZ MORENO, and others known and unknown to the grand jury, in the

19 Western District of Washington, used a short term rental property in Baring, Washington

20 as a location to store robbery tools, including oxygen/acetylene tanks and blow torch

21 equipment, in preparation for a robbery of an unknown bank or credit union.

22 All in violation of Title 18, United States Code, Sections 371, 2113(a), 2113(b), 2113(c), 2314, 844(i).

23 COUNT TWO:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

24     The Grand Jury further charges: T H A T

25                 ALEX MOYANO MORALES,
                   MAITE CELIS SILVA,

26                 ERIK OSORIO OLIVAREZ,
      SERGIO EDUARDO ARAVENA MAUREIRA,

27       CAMILO ANDRES GUZMAN SEPULVEDA,
       ALVARO ADRIAN LAGOS MIERIES,

28       HUMBERTO ANIBAL JIMENEZ MORENO,

KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

14.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

15.     On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Valley First at Fresno, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT THREE:   [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

16.     Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

17.     On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—EECU at Fresno, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in

violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT FOUR:  [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

18.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

19.    On or about September 15, 2024, in the County of Fresno, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to EECU at Fresno, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT FIVE:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

20.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

21.    On or about September 18, 2024, in the County of Stanislaus, State and Eastern District

of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Wells Fargo at Modesto, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT SIX: [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

22. Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

23. On or about September 18, 2024, in the County of Stanislaus, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Wells Fargo at Modesto, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT SEVEN: [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,

HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

24. Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

25. On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Roseville, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT EIGHT:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

26. Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

27. On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Rocklin, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all

in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT NINE: [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

28.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

29.    On or about September 22, 2024, in the County of Placer, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Golden 1 at Rocklin, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).


COUNT TEN:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

ALEX MOYANO MORALES,
MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO,
KEVIN ALEXANDER HIDALGO PACHECO, AND
DIEGO ANANIAS ARELLANO DIAZ

defendants herein, as follows:

30.    Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

31.    On or about September 22, 2024, in the County of Sutter, State and Eastern District of

California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Golden 1 at Yuba City, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT ELEVEN:  [18 U.S.C. § 2113(a), 2 – Bank Robbery and aiding and abetting]

The Grand Jury further charges: T H A T

MAITE CELIS SILVA,
ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,
CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES,
HUMBERTO ANIBAL JIMENEZ MORENO, AND
FRANCISCO ANTONIO MARIN ILABACA,

defendants herein, as follows:

32.	Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

33.	On or about September 27 and 28, 2024, in the County of Shasta, State and Eastern District of California, the above-named defendants did enter and attempt to enter a bank and building used in whole or in part as a bank and credit union, including as an ATM, to wit—Tri Counties Bank at Falls River Mills, California, whose deposits were then insured by the Federal Deposit Insurance Corporation and the National Credit Union Administration—with intent to commit in such building, or part thereof, so used, 1) a larceny; and 2) a felony, specifically bank larceny in violation of Title 18 United States Code Section 2113(b); all in violation of Title 18 United States Code, Section 2113(a), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

COUNT TWELVE:  [18 U.S.C. § 844(i), 2 – Arson of Commercial Property and aiding and abetting]

The Grand Jury further charges: T H A T

ERIK OSORIO OLIVAREZ,
SERGIO EDUARDO ARAVENA MAUREIRA,
ROSA FRANCISCA BASTIAS SERRA,

CAMILO ANDRES GUZMAN SEPULVEDA,
ALVARO ADRIAN LAGOS MIERIES, AND
HUMBERTO ANIBAL JIMENEZ MORENO,

defendants herein, as follows:

34. Paragraphs 1 through 13 are re-alleged and incorporated herein by reference.

35. On or about September 27 and 28, 2024, in the County of Sutter, State and Eastern District of California, the above-named defendants maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire and explosive materials real and personal property belonging to Tri Counties at Falls River Mills, California, to wit a safe, used in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i), 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

FORFEITURE ALLEGATION: [18 U.S.C. §§ 981(a)(1)(C), 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offenses alleged in Counts One through Twelve of this Superseding Indictment, defendants ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, FRANCISCO ANTONIO MARIN ILABACA aka BASSIL DACOSTA FRIAS, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO ANIBAL JIMENEZ MORENO, KEVIN ALEXANDER HIDALGO PACHECO, and DIEGO ANANIAS ARELLANO DIAZ shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2861(c), any property, real or personal, constituting or derived from proceeds traceable to said violations, including, but not limited to:

      a. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendants are convicted.

2. Upon conviction of the offenses alleged in Counts Two, Three, Five, Seven, Eight, Ten, and Eleven of this Superseding Indictment, ALEX MOYANO MORALES, MAITE CELIS SILVA, ERIK OSORIO OLIVAREZ, SERGIO EDUARDO ARAVENA MAUREIRA, ROSA FRANCISCA BASTIAS SERRA, CAMILO ANDRES GUZMAN SEPULVEDA, FRANCISCO ANTONIO MARIN

1  ILABACA aka BASSIL DACOSTA FRIAS, ALVARO ADRIAN LAGOS MIERIES, HUMBERTO

2  ANIBAL JIMENEZ MORENO, KEVIN ALEXANDER HIDALGO PACHECO, and DIEGO

3  ANANIAS ARELLANO DIAZ shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28

4  U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing or willful violation.

5      3.     If any property subject to forfeiture, as a result of the offenses alleged in this Superseding

6  Indictment

7          a.  cannot be located upon the exercise of due diligence;

8          b.  has been transferred or sold to, or deposited with, a third party;

9          c.  has been placed beyond the jurisdiction of the court;

10         d.  has been substantially diminished in value; or

11         e.  has been commingled with other property which cannot be divided without difficult,

12  it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(a), to

13  seek forfeiture of any other property of said defendants up to the value of the property subject to

14  forfeiture.

15

16                           A TRUE BILL.

17                           /s/ Signature on file w/AUSA

18                       _____

19                         FOREPERSON

20

21  ERIC GRANT

    _____

22  ERIC GRANT

   United States Attorney

23

24

25

26

27

28